IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF COTTRELL CONTRACTING CORPORATION AS OWNER *PRO HAC VICE* OF THE DREDGE MARION, OFFICIAL NUMBER 533857, AND THE M/V BLACKHAWK, DELAWARE REGISTRATION NUMBER DL0262B, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | IN ADMIRALTY |
| Plaintiff-Petitioner, | CIVIL ACTION NO: 7:16-cv-55 |
| v. | |
| ROBERT C. GOODWIN, | |
| Claimant. | |

## CONSENT ORDER

The Court has considered the motion of Claimant Robert Goodwin to dissolve the injunction on his state court action and stay this limitation action until resolution of the state court claim (ECF Doc. Nos. 20-21), as well as the Stipulation of Claimant filed therewith (ECF Doc. No. 19). The Court has received confirmation that the motion is not opposed. Having considered the forgoing,

IT IS ORDERED that the Stipulation is hereby accepted, and the stay contained in the Injunction and Notice Ordered entered by the Court (ECF Doc. No. 13) is hereby lifted, in order to allow Claimant Robert Goodwin to prosecute his personal injury lawsuit styled *Robert Goodwin v. Cottrell Contracting Corporation*, in the General Court of Justice – Superior Court

1

Division for the County of Brunswick, North Carolina, Case No. 16 CVS 704, against Petitioner Cottrell Contracting Corporation.

IT IS FURTHER ORDERED that this Limitation Action is hereby stayed pending adjudication of the foregoing state court action.

So ordered this the __16__ day __September__, 2016.

_/s/ James C. Dever_
James C. Dever, III
Chief United States District Judge

Agreed: /s/ Andrew Hanley
Andrew Hanley
Crossley McIntosh Collier
NC State Bar No. 23738
5002 Randall Parkway
Wilmington, North Carolina 28403

Agreed:/s/ John E. Holloway
John E. Holloway
Troutman Sanders LLP
N.C. State Bar No. 28145
222 Central Park Ave., Suite 200
Virginia Beach, Virginia 23462